AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALIK JA'RELLE WILLIAMS,

Plaintiff,

v.

DOLLAR TREE INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-171

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 19, 2023, Williams' failure to respond to the Motion to Dismiss and given the totality of his conduct merits dismissal. Therefore, this case is dismissed. This action stands closed.

Approved by: _____

September 27, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020